COMMONWEALTH of Pennsylvania, Respondent

v.

**Giovanni Robert MUCCI, Petitioner**

**No. 701 MAL 2016**

Supreme Court of Pennsylvania.

April 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of April, 2017, the "Application for Remand for Hearing on Motion for a New Trial Based on After Discovered Evidence" and the Petition for Allowance of Appeal are **DENIED**.

---

**Jon GALANTE, Petitioner**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent**

**No. 415 WAL 2016**

Supreme Court of Pennsylvania.

April 12, 2017

## ORDER

PER CURIAM

AND NOW, this 12th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.

---

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Davon Jermaine COLLINS, Petitioner**

**No. 856 MAL 2016**

Supreme Court of Pennsylvania.

April 12, 2017

## ORDER

PER CURIAM

AND NOW, this 12th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.